UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                    Case No. 10-11280

Timothy Powers,                 Sean F. Cox
                                                United States District Court Judge

    Defendant,

    and

Residential Skirting Products, Inc.,

    Garnishee-Defendant.
_____/

## **ORDER ADOPTING UPDATED REPORT AND RECOMMENDATION (ECF No. 36)**

On March 14, 2019, Magistrate Judge Mona K. Majzoub issued an updated Report and Recommendation (ECF No. 36), wherein she recommends that the Court GRANT IN PART AND DENY IN PART Plaintiff's Motion to Compel Answers to Interrogatories and Requests to Produce to Garnishee-Defendant. (ECF No. 30).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Moreover, the Court concurs with the analysis and conclusion in the R&R.

Accordingly, the Court hereby ADOPTS the March 14, 2019 Report and Recommendation and GRANTS IN PART AND DENIES IN PART Plaintiff's Motion to Compel Answers to Interrogatories and Requests to Produce to Garnishee-Defendant (ECF No. 30).

Specifically, IT IS ORDERED that Garnishee-Defendant shall provide full and complete responses to Plaintiff's Interrogatories and Requests to Produce Documents, without objection, within 21 days of the date of this order. The Court warns Garnishee-Defendant that failure to comply with this order may result in sanctions, including contempt of Court.

IT IS FURTHER ORDERED that Plaintiff's request for entry of a default is DENIED without prejudice.

IT IS SO ORDERED.


Dated: March 29, 2019
                                                                    s/ Sean F. Cox
                                                                    Sean F. Cox
                                                                    U. S. District Judge